

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3
Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell,
Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

On October 7, 2022, attorneys Andrew Bender and Murry Cohen filed a motion to
withdraw as counsel of record for appellants Yates Energy Corporation, Jalapeno Corporation,
and Curry Glassell. The motion satisfies the requirements of Texas Rule of Appellate Procedure
6.5. *See* TEX. R. APP. P. 6.5(d). Although the motion states counsel served appellants with a copy
of the motion, appellants have not objected or otherwise responded to the motion. Accordingly,
we **GRANT** the motion and **ORDER** attorneys Andrew Bender and Murry Cohen withdrawn as
counsel for appellants Yates Energy Corporation, Jalapeno Corporation, and Curry Glassell. We
further **ORDER** the clerk of this court to update the court's records to show attorney Michael J.
Byrd as lead counsel for appellants Yates Energy Corporation, Jalapeno Corporation, and Curry
Glassell.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.



Michael A. Cruz,
Clerk of Court